

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2022

No. 04-22-00107-CV

**IN RE JBS CARRIERS, INC., and Alicia Faye Roberts**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI07282
Honorable David A. Canales, Judge Presiding

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
               Luz Elena D. Chapa, Justice
               Beth Watkins, Justice

On February 21, 2022, relators filed a petition for writ of mandamus and a motion for stay pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than March 18, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relators' request for a stay has been taken under advisement.

It is so **ORDERED** on March 7, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1]This proceeding arises out of Cause No. 2020CI07282, styled *Elizabeth Serrano v. Alicia Faye Roberts and JBS Carriers, Inc.*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.